UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STONECREST HOMES, LLC; and
CARMICHAEL & DAME DESIGNS, INC.,

        Case No. 04-C-431

    Plaintiffs,

vs.

SCHMID BROTHERS BUILDERS, INC.;
J.R. CONSTRUCTION SERVICES, INC.;
and
JOHN RIPHAHN,

    Defendants.

SCHMID BROTHERS BUILDERS, INC.

    Third-Party Plaintiff,

vs.

J.R. CONSTRUCTION SERVICES, INC.,

    Third Party Defendant.

## ORDER FOR DISMISSAL

The Court, having reviewed the Stipulation and Order for Dismissal,

IT IS ORDERED that the above-captioned matter is dismissed with prejudice and without costs to any party.

Dated this 9th day of June, 2006.

        BY THE COURT:

        s/ Rudolph T. Randa
        Hon. Rudolph T. Randa
        Chief Judge